**Fill in this information to identify the case:**

Debtor name     **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)     **18-52712**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 26, 2018**          X */s/ Khary Lewis*
                                        Signature of individual signing on behalf of debtor

                                        **Khary Lewis**
                                        Printed name

                                        _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **18-52712**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $         **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     **976,929.52**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     **976,929.52**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **533,917.52**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **1,790,104.20**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **3,599,127.16**

4. Total liabilities ..................................................................................................
   Lines 2 + 3a + 3b

   $     **5,923,148.88**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **18-52712**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:      Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **checking** | | **$8,775.00** |
| 3.2. | **Wells Fargo** | **checking** | | **$1,275.00** |

**4.   Other cash equivalents** *(Identify all)*

**5.   Total of Part 1.**           | **$10,050.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:      Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.   Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Codebox - Sublease deposit** | **$2,145.21** |
|---|---|---|

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **Infinite Services & Solutions, Inc.**                    Case number *(If known)*  **18-52712**
Name

9.  **Total of Part 2.**                                                        **$2,145.21**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      **73,123.64**   -                     **0.00**   = ....              **$73,123.64**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **12,846.67**   -                     **0.00**   = ....              **$12,846.67**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **73,213.64**   -                     **0.00**   = ....              **$73,213.64**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **12,846.67**   -                     **0.00**   = ....              **$12,846.67**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:       **8,402.00**   -                     **0.00**   = ....               **$8,402.00**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:         **546.13**   -                     **0.00**   = ....                 **$546.13**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **15,231.68**   -                     **0.00**   = ....              **$15,231.68**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **15,231.68**   -                     **0.00**   = ....              **$15,231.68**
                          face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **42,132.34**   -                     **0.00**   = ....              **$42,132.34**
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:        **107,983.25**   -                     **0.00**   =....             **$107,983.25**
                          face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                     **$361,557.70**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    Investments

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(If known)* **18-52712** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office furniture and equipment** | **$114,165.00** | | **$114,165.00** |

| 40. | **Office fixtures** |
|---|---|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$114,165.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(If known)* **18-52712** |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.  **2015 Mase Granturis** | **$82,000.00** | | **$82,000.00** |
|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| | **$82,000.00** |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of<br>debtor's interest |
|---|---|

71.  **Notes receivable**
    Description (include name of obligor)

| **Khary Atiba Lewis I** | **342,011.61** - | **0.00** = | **$342,011.61** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72.  **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Infinite Services & Solutions, Inc.**                                      Case number *(If known)* **18-52712**
　　　　　Name

73.　　**Interests in insurance policies or annuities**

74.　　**Causes of action against third parties (whether or not a lawsuit has been filed)**

75.　　**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.　　**Trusts, equitable or future interests in property**

77.　　**Other property of any kind not already listed** *Examples:* Season tickets, country club membership
　　　　**Atlanta Falcons Seat Licenses ( Co-Owner by Khary Lewis)**                                                    $65,000.00

78.　　**Total of Part 11.**
　　　　Add lines 71 through 77. Copy the total to line 90.            | **$407,011.61** |

79.　　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(If known)* **18-52712** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,050.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,145.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $361,557.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $114,165.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $82,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $407,011.61 | |
| 91. **Total.** Add lines 80 through 90 for each column | $976,929.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $976,929.52 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **18-52712**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Ally**
Creditor's Name

P O Box 9001951
Louisville, KY 40290
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2015 Mase Granturis**

| | **$125,153.70** | **$82,000.00** |
|---|---|---|

Describe the lien
**Automobile lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4186**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **BB&T Bank**
Creditor's Name

PO Box 580048
Charlotte, NC 28258
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Accounts receivables and cash collateral**

| | $408,763.82 | $361,557.70 |
|---|---|---|

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/19/2015**

**Last 4 digits of account number**
**6540**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Infinite Services & Solutions, Inc.** | Case number (if know) | **18-52712** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$533,917.52** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas D. Ford**<br>**Quirk & Quirk, LLC, Ste 300**<br>**600 Lake Forrest Drive**<br>**Atlanta, GA 30328** | Line __2.2__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **18-52712**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1**  Priority creditor's name and mailing address

**Florida Department of Revenue
Building L
5050 W Tennessee Street
Tallahassee, FL 32399-0180**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Total claim** $33.90      **Priority amount** $0.00

**2.2**  Priority creditor's name and mailing address

**Florida Dept of State
Division od Corporations - CB
2661 Executive Center Drive
Tallahassee, FL 32301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Total claim** $0.00      **Priority amount** $0.00

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Florida WC Joint Underwriting Association, Inc. 101 Griffin Way Eglin AFB, FL 32542** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Florida Workers Comp JUA Dept. 91521 P.O. Box 660336 Dallas, TX 75266-0336** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,670.42 | $0.00 |
|---|---|---|---|---|
| | **Georgia Department of Labor 148 Andrew Young Int'l Blvd NE Suite 826 Atlanta, GA 30303** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,690.22 | $0.00 |
|---|---|---|---|---|
| | **Georgia Department of Revenue 1800 Century Boulevard, N.E. Suite 9100 Atlanta, GA 30345-3205** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred **2014** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,795.95 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Boulevard, N.E.**
**Suite 9100**
**Atlanta, GA 30345-3205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,632.64 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Boulevard, N.E.**
**Suite 9100**
**Atlanta, GA 30345-3205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064,841.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2014**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398,526.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Infinite Services & Solutions, Inc. | Case number *(if known)* | 18-52712 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $188,765.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Louisiana Department of Revenu**<br>**PO BOX 91017**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number **2555**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,922.36 | $0.00 |
|---|---|---|---|---|
| | **N. C. Department of Revenue**<br>**PO BOX 25000**<br>**Raleigh, NC 27640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3767**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,265.90 | $0.00 |
|---|---|---|---|---|
| | **NY State Dept of Taxation**<br>**P.O. Box 4119**<br>**Binghamton, NY 13902-4119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Infinite Services & Solutions, Inc.** | Case number (if known) | **18-52712** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS Workers' Compensation Uninsured Employer's Fund**
**328 State St., Room 331**
**Schenectady, NY 12305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$587.00** | **$0.00** |
|---|---|---|---|---|

**State of Washington**
**Department of Revenue**
**P.O. Box 47464**
**Olympia, WA 98504-7464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$373.81** | **$0.00** |
|---|---|---|---|---|

**Texas Work Force Commission**
**101 E. 15th Street**
**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,068.74** |
|---|---|---|---|

**AC4S, Tampa FL**
**Martin L. King Blvd.**
**4017 W. Drive**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,232.67** |
|---|---|---|---|

**ADP Resource**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Infinite Services & Solutions, Inc. | | Case number (if known) | 18-52712 |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,358.32 |
|---|---|---|---|

**AETNA**
**400 White Clay Center Dr**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $866.19 |
|---|---|---|---|

**Aetna**
**PO BOX 775392**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2562

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,970.72 |
|---|---|---|---|

**Altus Global Trade Solution**
**PO BOX 1389**
**Kenner, LA 70063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Coface North American Insurance

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.20 |
|---|---|---|---|

**Am Trust North America**
**Risk Alternatives & Management**
**3104 Creekside Village  #501**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**America Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1005

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.50 |
|---|---|---|---|

**American Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1021

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,259.94 |
|---|---|---|---|

**American Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1008

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Infinite Services & Solutions, Inc.** | Case number (if known) | **18-52712** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1024**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,941.51** |
|---|---|---|---|

**American Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2003**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2004**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**APG Vinings LLC**
**3500 Piedmont Road NE**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,714.39** |
|---|---|---|---|

**AVNIK Defense Solutions**
**7262 Governors West Dr.**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,036.24** |
|---|---|---|---|

**BB&T Bank**
**271 17th Street NW**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4237**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$737.11** |
|---|---|---|---|

**Beyer Imaging**
**1225 E Crosby Road #A10**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(if known)* | **18-52712** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,541.48** |
|---|---|---|---|

**Campbell Freightliner**
**2040 Route 208 Ste B**
**Montgomery, NY 12549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,204.39** |
|---|---|---|---|

**Capstone Corporation**
**635 Slaters Lane Suite 300**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.03** |
|---|---|---|---|

**Charter Communications**
**P. O. Box 742615**
**Cincinnati, OH 45274-2615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,269.79** |
|---|---|---|---|

**Cintas**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Cobb County Police Department**
**P.O. Box 743626**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,459.53** |
|---|---|---|---|

**Cobb County Tax Commissioner**
**P. O. Box 100127**
**Marietta, GA 30061-7027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,422.32** |
|---|---|---|---|

**Columbus Tech & Services**
**Suite 1000**
**1960 East Grand Avenue**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.05 |
|---|---|---|---|

**Commonwealth Of Kentucky**
P.O. Box 2003
Frankfort, KY 40602-2003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.61 |
|---|---|---|---|

**Commonwealth of Massachusetts**
P.O. Box 7089
Boston, MA 02204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**CT Corporation**
P O BOX 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,305.78 |
|---|---|---|---|

**Deltek**
P.O. Box 79581
Baltimore, MD 21279-0581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528,375.41 |
|---|---|---|---|

**Department of Army**
109 Army Pentagon
Washington, DC 20310

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,869.92 |
|---|---|---|---|

**Dept of Economic**
4000 N. Central Ave, Ste. 500
PO Box 6028, M/D 5881
Phoenix, AZ 85005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.34 |
|---|---|---|---|

**EDD State Of California**
PO BOX 989061
West Sacramento, CA 95798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$912.75**

Employment Background Inv
P.O. Box 842256
Boston, MA 02284-2256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,714.43**

Epstein Becker & Green, PC
1227 25th Street, NW
Washington, DC 20037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **PS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,847.63**

Equipment Depot, Ltd Dallas
1400 S. Loop 12
Irving, TX 75060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8414**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,887.76**

Firematic Supply Co Inc.
PO Box 187
Yaphank, NY 11980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,914.99**

First Insurance Fund Corp.
P.O. Box 7000
Carol Stream, IL 60197-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Grassland Eqt Irrigation
892-898 Troy-Schenectady Road
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,122.45**

Great America Financial 2
Attn: Accounts Payable
P.O. Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7917,4238,5934,**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Great America Financial 2**
**Attn: Accounts Payable**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,562.93**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Interstate Batt of So NY**
**55 Hatfield Lane**
**Goshen, NY 10924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15,122.71**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Liberty Mutual Insurance**
**P.O. Box 2027**
**Keene, NH 03431-7027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50,376.50**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Logistics Systems Inc-TSA**
**1100 G Street NW Suite #410**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$635,195.72**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**LogisticsSystemsInc-ARNG**
**Suite #410**
**1100 G Street NW**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**LogisticsSystemsInc-ARNG**
**Suite #410**
**1100 G Street NW**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$134,801.81**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**LogisticsSystemsInc-Conne**
**Suite #410**
**1100 G Street NW**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,482.56**

---

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.33**

Nichols Oxygen Svc Inc.
1564 Route 9-G
Hyde Park, NY 12538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.00**

Northwest Propane
Suite 100
1515 W Beltline Road
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,083.92**

NYSIF Disability Benefits
1 Watervliet Ave Extension
Albany, NY 12206-1629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  2426

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00**

Olori Crane Service
11 Seeger Drive
Nanuet, NY 10954

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,959.86**

Piliero Mazza Attorneys
888 17th Street NW, 11th Floor
Washington, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,794.95**

Pine Bush Eqt Co Inc.
PO Box 106
Pine Bush, NY 12566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.07**

Pitney bowes/ Purchase Power
PO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | | **$4,341.43**

Polsinello Fuels Inc.
PO Box 2111
Rensselaer, NY 12144

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | | **$121,095.00**

Premier Consultin & Inte
P.O. Box 42
Oceanport, NJ 07757

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | | **$8,403.38**

Safety Kleen Systems Inc.
2600 N. Central Expressway
Richardson, TX 75080

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | | **$312,821.99**

Sentel Corporation
Attn: Karen Jordan
1102 King Street, Suite 550
Alexandria, VA 22314

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | | **$235,109.73**

Serco Inc.
Suite #1000
1818 Library Street
Reston, VA 20190

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0032

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | | **$336.00**

Sierra Shred
Suite 400
6136 Frisco Square Blvd.
Frisco, TX 75034

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | | **$1,083.55**

Southern Office Machine
1555 Williams Drive, Suite 110
Marietta, GA 30066

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Infinite Services & Solutions, Inc. | Case number (if known) | 18-52712 |
|---|---|---|---|
| | Name | | |

---

**3.59** Nonpriority creditor's name and mailing address $4,539.85

Summit Bobcat
2500 Route 208
Walden, NY 12586

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address $0.00

SunTrust - Visa 0586
SunTrust 0586
P.O. Box 791250
Baltimore, MD 21279-1250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address $1,976.50

SunTrust - Visa 2606
SunTrust Cardmember Services
P.O. Box 305183
Nashville, TN 37230-5183

Date(s) debt was incurred __

Last 4 digits of account number  2606

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address $0.00

SunTrust - Visa 8043
SunTrust Bank
P.O. Box 791250
Baltimore, MD 21279-1250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address $934.16

Supportpymt Clearinghouse
P.O. Box 52107
Phoenix, AZ 85072

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address $24,799.20

Taylor Engilish Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address $0.00

Texas Mutual Insurance Company
P.O. Box 841843
Dallas, TX 75284-1843

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Infinite Services & Solutions, Inc. | Case number *(if known)* | **18-52712** |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,796.55**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**The Logistics Company**
**Accounting Department**
**3400 Walsh Parkway**
**Fayetteville, NC 28311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$328,278.10**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**TRA The Retirement Advantage**
**PO BOX 825**
**Elm Grove, WI 53122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**ULINE Supply Specialist**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$997.04**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Utah State Tax Commission**
**210 N 1950 W**
**Salt Lake City, UT 84134**

Date(s) debt was incurred _

Last 4 digits of account number  4166

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28.28**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Verizon**
**P.O. Box 660794**
**Dallas, TX 75266-0794**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,649.10**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Verizon**
**PO Box 15043**
**Albany, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number  1984

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,474.95**

---

| Debtor | **Infinite Services & Solutions, Inc.** | | Case number (if known) | **18-52712** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,520.69**

**VIO Integration**
**P.O. Box 2276**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,061.80**

**Virginia Department of Tax**
**Office of Custormer Service**
**PO BOX 1115**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2017**

Basis for the claim: _

Last 4 digits of account number  **F001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,543.53**

**Virginia Department of Tax**
**Office of Custormer Service**
**PO BOX 1115**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2017**

Basis for the claim:  **Emply withholding**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,915.88**

**Virginia Department of Tax**
**Office of Custormer Service**
**PO BOX 1115**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17**

Basis for the claim:  **Empl withholding**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,441.98**

**Virginia Department of Tax**
**Office of Custormer Service**
**PO BOX 1115**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17 - 6/2017,**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**WA Dept of Revenue**
**P.O. Box 47464**
**Olympia, WA 98504-7464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Wells Fargo CC 9568**
**P.O. Box 6426**
**Carol Stream, IL 60197-6426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(if known)* | **18-52712** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,653.57** |
|---|---|---|---|

**Wireless Communications**
**153 Cooper Rd**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,685.50** |
|---|---|---|---|

**Womble Carlyle Sandridge**
**P.O. Box 601879**
**Charlotte, NC 28260-1879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WOW!**
**P.O. Box 70999**
**Charlotte, NC 28272-0999**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yates, McLamb & Weyher**
**P.O. Box 2889**
**Raleigh, NC 27602-2889**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$651.44** |
|---|---|---|---|

**Yuma- Great America**
**PO Box 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$592.76** |
|---|---|---|---|

**Yuma-Southern Office Mach**
**1555 Williams Dr. Ste 110**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.65** |
|---|---|---|---|

**Yuma-Verizon Wireless**
**PO Box 66018**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(if known)* | **18-52712** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Allen Maxwell & Silver**<br>**PO Box 540**<br>**Fair Lawn, NJ 07410** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Alliedinterstate**<br>**2290 Agate Court**<br>**Unit A1**<br>**Simi Valley, CA 93065** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **CBE Group Inc.**<br>**1309 Technology Pkwy,**<br>**Cedar Falls, IA 50613** | Line **3.19**<br><br>☐ Not listed. Explain ____ | **1728** |
| 4.4 **Christopher K. Loftus**<br>**Simmons Perrine Moyer Bergman**<br>**115 Third St. SE Suite 1200**<br>**Cedar Rapids, IA 52401** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **DFAS-INDY**<br>**VP0GFEBS**<br>**8899 E. 56th Street**<br>**Indianapolis, IN 46249-3120** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Euler Hermes**<br>**800 red Brook Blvd**<br>**Suite 400 C**<br>**Owings Mills, MD 21117** | Line **3.56**<br><br>☐ Not listed. Explain ____ | **0250** |
| 4.7 **Lori A. Gambill**<br>**MICC - West Point**<br>**681 Hardee Pl 1st Flr Rm #100**<br>**West Point, NY 10996** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **1,790,104.20** |
| 5b. Total claims from Part 2 | 5b. + | $ | **3,599,127.16** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,389,231.36** |

**Fill in this information to identify the case:**

Debtor name __**Infinite Services & Solutions, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**18-52712**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Office landlord** | |
| State the term remaining — **8 months** | **APG Vinings LLC** |
| List the contract number of any government contract | **3500 Piedmont Road NE** <br> **Atlanta, GA 30305** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment lease** | |
| State the term remaining — **12 months** | **Equipment Depot Ltd** |
| List the contract number of any government contract | **1400 S. Loop 12** <br> **Irving, TX 75060** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Copier/lease** | |
| State the term remaining — **2 years** | **Great America Financial  Corp** <br> **Great America Financial Serv** |
| List the contract number of any government contract | **P.O. Box 660831** <br> **Dallas, TX 75266** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Copier/lease** | |
| State the term remaining — **2 years** | **Great America Financial 2** <br> **Attn: Accounts Payable** |
| List the contract number of any government contract | **P.O. Box 660831** <br> **Dallas, TX 75266-0831** |

Debtor 1   **Infinite Services & Solutions, Inc.**                                                    Case number *(if known)*   **18-52712**
          First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier/lease** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Great America Financial 2**<br>**Attn: Accounts Payable**<br>**P.O. Box 660831**<br>**Dallas, TX 75266-0831** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Copier/lease** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Great America Financial 3**<br>**Attn: Accounts Payable**<br>**P.O. Box 660831**<br>**Dallas, TX 75266-0831** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **18-52712**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **BB&T Bank** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Khary Atiba Lewis** | **2549 Appaloosa Trail SW Marietta, GA 30064** | **The Logistics Company** | ☐ D _____ <br> ■ E/F   **3.67** <br> ☐ G _____ |
| 2.3 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **Great America Financial 2** | ☐ D _____ <br> ■ E/F   **3.37** <br> ☐ G _____ |
| 2.4 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **America Express** | ☐ D _____ <br> ■ E/F   **3.7** <br> ☐ G _____ |
| 2.5 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **American Express** | ☐ D _____ <br> ■ E/F   **3.9** <br> ☐ G _____ |

| Debtor | **Infinite Services & Solutions, Inc.** | | Case number *(if known)* | **18-52712** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **American Express** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.7 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **American Express** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.8 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **American Express** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.9 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **APG Vinings LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.10 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **Great America Financial 2** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.11 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **Logistics Systems Inc-TSA** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.12 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **LogisticsSystemsInc-ARNG** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.13 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **LogisticsSystemsInc-ARNG** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |

Debtor    **Infinite Services & Solutions, Inc.**                    Case number *(if known)*    **18-52712**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| 2.14 | **Khary Atiba Lewis** | **2540 Appaloosa Trail SW Marietta, GA 30064** | **LogisticsSystemsInc-Conne** | ☐ D _____ ■ E/F ___3.44___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Infinite Services & Solutions, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **18-52712**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$336,421.16** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$4,293,478.56** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$9,626,015.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Infinite Services & Solutions, Inc.**                                           Case number (if known)  **18-52712**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Sard & Leff LLC**<br>**3789 Roswell Road**<br>**Atlanta, GA 30342** | **12/26/17,**<br>**1/19/18** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2.  **Deltek**<br>**PO BOX 79581**<br>**Baltimore, MD 21279** | **12/6/17** | **$17,105.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Aetna**<br>**PO BOX 775392**<br>**Newark, DE 19711** | **12/5/17,1/22/**<br>**18** | **$27,771.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Ally**<br>**PO BOX 9001951**<br>**Louisville, KY 40290** | **12/12/17,2/6/**<br>**18** | **$6,702.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **ADP Resource**<br>**PO BOX 842875**<br>**Boston, MA 02284** | **11/28/17,12/2**<br>**2/17,1/19/18,**<br>**2/16/2018** | **$6,702.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **BBT**<br>**PO Box 580425**<br>**Charlotte, NC 28258-0435** | **11/27/17,**<br>**11/29/17,**<br>**12/06/17,**<br>**12/20/17,**<br>**1/17/18,**<br>**1/22/18,**<br>**1/26/18,**<br>**2/8/17,**<br>**2/15/18** | **$24,547.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **USAA**<br>**9800 Fredericksburg Rd**<br>**San Antonio, TX 78288** | **1/11/18** | **$4,363.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Georgia Department of Revenue**<br>**1800 Centrury Center Blvd**<br>**Suite 9100**<br>**Atlanta, GA 30345** | **11/28/17** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Infinite Services & Solutions, Inc.** | | Case number *(if known)*  **18-52712** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Ameritas**<br>**5900 O Street**<br>**Lincoln, NE 68510** | 1/29/2018 | $3,575.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Virginia Department of Tax**<br>**PO BOX 1115**<br>**Richmond, VA 23218** | 11/21/17 | $3,003.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **American Express**<br>**c/o Zwicker & Associates**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | 1/23/18,<br>2/6/18 | $7,802.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Dropbox**<br>**185 Berry St.**<br>**Ste 400**<br>**San Francisco, CA 94107** | 2/2/18 | $450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Khary Lewis**<br>**2540 Appaloosa Trail SW**<br>**Marietta, GA 30064** | 2/6/18 | $2,087.42 | **Car loan payment** |
| 4.2. **Khary Lewis**<br>**2540 Appaloosa Trail**<br>**Marietta, GA 30064** | 1/12/18 | $143.00 | **Storage** |
| 4.3. **Khary Lewis**<br>**2540 Appaloosa Trail**<br>**Marietta, GA 30064** | 11/13/17 | $1,368.80 | **Car loan payment** |
| 4.4. **Khary Lewis**<br>**2540 Appaloosa Trail**<br>**Marietta, GA 30064** | 7/18/17 | $2,068.24 | **credit card payment** |
| 4.5. **Khary Lewis**<br>**2540 Appaloosa Trail**<br>**Marietta, GA 30064** | 7/18/17, | $5,563.74 | **Mortgage payment** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Infinite Services & Solutions, Inc. | | Case number *(if known)* | 18-52712 |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 6/19/17 | $8,579.94 | |
| 4.7. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 4/19/17 | $7,214.32 | Mortgage payment |
| 4.8. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 3/2/17 | $4,158.19 | Mortgage payment |
| 4.9. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 10/19/17 | $5,000.00 | transfer |
| 4.10. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 2/27/17 | $5,000.00 | transfer |
| 4.11. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 2/16/17 | $5,698.00 | transfer |
| 4.12. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 5/18/17 | $5,000.00 | transfer |
| 4.13. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 9/27/17, 8/21/17, 5/9/17, 3/28/17 | $13,000.00 | transfer |
| 4.14. Khary Lewis 2540 Appaloosa Trail Marietta, GA 30064 | 5/13/17 | $4,356.29 | purchase |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Great American Financial 625 First St. SE Ste 800 Cedar Rapids, IA 52401 | Copiers | 1./20/18 | $46,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

Debtor    **Infinite Services & Solutions, Inc.**    Case number *(if known)* **18-52712**

---

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Great American Financial Services<br>v<br>Infinite Services & Solutions, Inc.<br>LACV088918 | Civil | Iowa District Court for Linn County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | The logistics Company, Inc.<br>v<br>Infinite Services & Solutions, Inc. and Khary Lewis<br>5-16-cv-171-D | Civil | District Court for the Eastern District<br>North Carolina Western Division<br>PO Box 25670<br>Raleigh, NC 27611 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Columbus Technologies and Services, Inc.<br>v<br>Infinite Services & solutions, Inc. and Khary Lewis<br>17-A-1520 | Civil | State Court of Cobb County<br>12 E. Park Square<br>Marietta, GA 30090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | AVNIK Defense Solutions, Inc.<br>v<br>Infinite Services & Solutions, Inc. and Khary Lewis<br>CV-2017-901736.00 | Civil | Circuit Court of Madison County Alabama<br>100 North Side Square<br>Huntsville, AL 35801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Capstone Corporation<br>v<br>Infinite Services & Solutions, Inc. and Lewis, Khary A.<br>18101159 | Civil | Superior Courty of Cobb County<br>40 Haynes St.<br>Marietta, GA 30090 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Logistics Systems Incorporated<br>v<br>Infinite Services & Solutions, Inc.<br>17-cv-02068 | Civil | Court of the District of Columbia<br>333 Constitution Ave, NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
   the gifts to that recipient is less than $1,000**

■ None

---

| Debtor | **Infinite Services & Solutions, Inc.** | | Case number *(if known)* | **18-52712** |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Rountree & Leitman, LLC**  **2800 North Druid Hills Rd**  **Bldg. B, Suite 100**  **Atlanta, GA 30329** | | | **$25,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Infinite Services & Solutions, Inc.** | Case number *(if known)* | **18-52712** |

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Infinite Services & Solutions Plan 876615** | EIN:   **20-5230676** |

     Has the plan been terminated?
     ■ No
     ☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Infinite Services & Solutions, Inc. | | Case number *(if known)* 18-52712 |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Sessions Relocation**<br>**5456 Peachtree Industrial Blvd**<br>**PMB 422**<br>**Atlanta, GA 30341** | **Khary Lewis** | **Corporate office furniture and equipment** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Infinite Services & Solutions, Inc.**                                    Case number (if known)   **18-52712**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.   **Infinite/ABM, LLC** | **Joint Venture** | EIN:   **47-2368447** |
| | | From-To   **11/18/14 - 12/31/17** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Taylor & Associates CPA** **1224 Stark Ave** **Columbus, GA 31906** | **2012-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Taylor & Associates CPA** **1224 Stark Ave** **Columbus, GA 31906** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BB&T Bank** **PO Box 580048** **Charlotte, NC 28258** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Infinite Services & Solutions, Inc.**                                    Case number *(if known)*  **18-52712**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Khary Atiba Lewis I | 2540 Appaloosa Trail Marietta, GA 30064 | Chairman CEO and Owner | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Khary Lewis** **2540 Appaloosa Trail** **Marietta, GA 30064** | **Salary for Position -$131,250.00** **Draws $70,000.00** | **2006- Present** | **Salaries** |
| | Relationship to debtor | | | |
| 30.2. | **Lakeisha Lewis** | **Salary for Position - 72,300.00** | **2006- Present** | **Salaries** |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Infinite Services & Solutions, Inc.**                              Case number *(if known)*  **18-52712**

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2018**

/s/ Khary Lewis                                                    **Khary Lewis**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Khary Lewis** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 18-52712 |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets** <br> Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) <br> 1a. Copy line 55, Total real estate, from Schedule A/B........................................... | $      0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $      976,929.52 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $      976,929.52 |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities** <br> Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) <br> 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $      533,917.52 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) <br> 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $      1,790,104.20 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $      3,599,127.16 |
| **Your total liabilities** | $      5,923,148.88 |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) <br> Copy your combined monthly income from line 12 of *Schedule I*.............................. | $      **N/A** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) <br> Copy your monthly expenses from line 22c of *Schedule J*........................................ | $      **N/A** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ■ Yes

7.   **What kind of debt do you have?**

     ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Infinite Services & Solutions, Inc.**                                    Case number *(if known)*   **18-52712**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                            $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 1,790,104.20 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 1,790,104.20 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Khary Lewis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **18-52712** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Khary Lewis** | X |
|---|---|
| **Khary Lewis** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **March 26, 2018** | Date |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Infinite Services & Solutions, Inc.**  Case No. **18-52712**

Debtor(s)  Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **TBD** |
| Prior to the filing of this statement I have received | $ | **24261.00** |
| Balance Due | $ | **TBD** |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

 a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Debtor will be billed hourly for all services in the instant case, subject to Court approval of fee applications.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 21, 2018**

Date

/s William A. Rountree

**William A. Rountree**
Signature of Attorney
**Rountree & Leitman, LLC**
**2800 B North Druid Hills Rd**
**Suite 100**
**Atlanta, GA 30329**
**404-584-1244**
Name of law firm

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Infinite Services & Solutions, Inc.**

Case No.  **18-52712**

Debtor(s)

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Khary Lewis**<br>**2540 Appaloosa Trail**<br>**Marietta, GA 30064** | | | **100% SHH** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 26, 2018**

Signature  **/s/ Khary Lewis**

**Khary Lewis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Infinite Services & Solutions, Inc.**          Case No.    **18-52712**

               Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 26, 2018**                 **/s/ Khary Lewis**

                                            **Khary Lewis**/
                                            Signer/Title